FILED
2021 Aug-27  PM 03:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY DEJUAN WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:20-cv-0884-LCB-GMB** |
| ) | |
| **M. WAYNE GERHARDT,** *et al.*, ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on June 21, 2021, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b).  (Doc. 8).  On July 7, 2021, the Plaintiff filed objections to the Report and Recommendation.  (Doc. 9).  As noted in the Report and Recommendation, the Plaintiff's claims were untimely filed.  However, in his objections, the Plaintiff essentially rehashes his complaint and fails to address the timeliness issue.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the Plaintiff's objections thereto, the magistrate judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**.  Therefore, in accordance with 28 U.S.C. §

1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A final order will be entered separately.

**DONE** and **ORDERED** August 27, 2021.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE